IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| ALFRED E. WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-BE-4852-S |
| | ) |
| CHERYL PRICE, WARDEN; | ) |
| ATTORNEY GENERAL FOR | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on April 2, 2009 recommending that the petition for writ of habeas corpus be denied. On April 14, 2009 petitioner's motion for extension of time to file objections was granted until May 14, 2009. On May 6, 2009 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the court concludes that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

DONE and ORDERED this 26th day of May 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE